March 12, 2015.



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID ISAAC CISNEROS, Appellant

NO. 14-14-00616-CV                              V.

LAURETTE CISNEROS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Laurette Cisneros, signed June 2, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, David Isaac Cisneros, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.